## U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-00064-DM-1
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Williams | Date Filed: 04/14/2025 |
| Other court case number: 24-209 USDC, Western District of Texas | Date Terminated: 04/14/2025 |

Assigned to: Magistrate Duty Magistrate

**Defendant (1)**

| | | |
|---|---|---|
| **Earl James Williams**<br>*TERMINATED: 04/14/2025* | represented by | **Claude J. Kelly**<br>Federal Public Defender's Office<br>Hale Boggs Federal Building<br>500 Poydras Street<br>Room 318<br>New Orleans, LA 70130<br>504-589-7939<br>Email: claude_kelly@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA     represented by     **Paul Joseph Hubbell , IV**
DOJ-USAO
General Crimes
650 Poydras Street Suite 1600
Ste 1705
New Orleans, LA 70130
504-680-3126
Email: paul.hubbell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Select<br>all / clear | Docket Text |
|---|---|---|---|
| 04/14/2025 | 1 | ☑ | Minute Entry for proceedings held before Magistrate Judge Eva J. Dossier: Initial Appearance as to Earl James Williams held on 4/14/2025. Defendant Released. (Court Reporter Criminal Magistrate.) (Attachments: # 1 Criminal Magistrate Case Sheet, # 2 Papers from WDTX) (nml) (Entered: 04/16/2025) |
| | | | ☐ 0  Main Document    3 pages    131.2 KB<br>☐ 1  Criminal Magistrate Case Sheet    1 page    20.7 KB<br>☐ 2  Papers from WDTX    3 pages    1.9 MB |
| 04/14/2025 | 🔒 2 | ☑ | CJA 23 Financial Affidavit by Earl James Williams (nml) (Entered: 04/16/2025) |

| | | | |
|---|---|---|---|
| 04/14/2025 | 3 | ☑ | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Earl James Williams. Claude J. Kelly for Earl James Williams appointed. Signed by Magistrate Judge Eva J. Dossier on 4/14/2025. (nml) (Entered: 04/16/2025) |
| 04/14/2025 | 4 | ☑ | Personal recognizance Bond Set & Executed as to Earl James Williams Defendant Released. (nml) (Entered: 04/16/2025) |
| 04/14/2025 | 5 | ☑ | ORDER Setting Conditions of Release. Signed by Magistrate Judge Eva J. Dossier on 4/14/2025. (nml) (copy to USM, USP) (Entered: 04/16/2025) |
| 04/14/2025 | 6 | ☑ | ORDER OF REMOVAL to Western District of Texas as to Earl James Williams. Signed by Magistrate Judge Eva J. Dossier on 4/14/2025. (nml) (Entered: 04/16/2025) |
| 04/14/2025 | 🔒 | | (Court only) ***Staff Notes as to Earl James Williams: 5344 Fuleva Dr. Slidell, LA 70461 (nml) (Entered: 04/21/2025) |

[View Selected]

or

[Download Selected]

MINUTE ENTRY
APRIL 14, 2025
DOSSIER, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 25-64

EARL JAMES WILLIAMS                         SECTION: MAG

INITIAL APPEARANCE

APPEARANCES: X DEFENDANT
  ___ PREVIOUSLY APPOINTED OR RETAINED COUNSEL _____
  X (FPD)/CJA COUNSEL PRESENT OR ASSIST DEFENDANT
  X ASSISTANT U.S. ATTORNEY  PAUL HUBBELL
  ___ INTERPRETER _____
  Designated by Court and sworn.    Time: _____ to _____ M.

___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE PETITION FROM DISTRICT OF  WDTX  WAS:
    READ   WAIVED  (SUMMARIZED)

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 07

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

X BOND SET AT _personal recognizance bond_

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_See attached additional conditions_

_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL; DEFENDANT DETAINED TEMPORARILY UNTIL DETENTION HEARING IN _____

X DEFENDANT RELEASED ON BOND _Defendant must report to the WDTX upon release_

_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING IS SET FOR: WAIVED TO BE HELD IN _____

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR: WAIVED TO BE HELD IN _____

_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

S/.C

DEFENDANT'S NAME: <u>EARL JAMES WILLIAMS</u>      CASE NO. <u>25-64 MAG</u>

ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

____ a) submit to supervision by and report for supervision to <u>US PROBATION</u>

____ b) continue or actively seek employment

____ d) surrender any passport to _____

____ e) not obtain a passport or other international travel document

____ f) abide by the following travel restrictions: Continental U.S. ____ EDLA ____ LA ____
Other _____

____ g) avoid all contact with victim/witness ____ co-defendants ____
Other _____

____ h) medical or psychiatric treatment if directed by Pretrial Services

____ k) not possess firearm, destructive device or other weapon

____ l) not use alcohol: at all ____ excessively ____

____ m) not use or unlawfully possess narcotic drug/controlled substances

____ n) submit to testing for a prohibited substance if required by Pretrial Services

____ o) participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

____ p) participate in location restriction program: ____ (i) Curfew
____ (ii) Home Detention
____ (iii) Home Incarceration
____ (iv) Stand Alone Monitoring

____ q) submit to the following location monitoring technology and comply with its requirements as directed:
____ (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
____ (ii) Voice Recognition; or
____ (iii) Radio Frequency; or
____ (iv) GPS.

____ r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer

____ s) report every contact with law enforcement personnel to Pretrial Services

✓ t) Other(s): abide by all current conditions of original bond from WDTX

# EASTERN DISTRICT OF LOUISIANA

Mag Number: 25-64   Complaint / Warrant from another district

Defendant(s)
Earl James Williams

Violation(s)
Bond / SR violation

_____ USC _____

U.S. Attorney: PAUL Hubbell
Date assigned: April 14, 2025

Interpreter needed?   YES   NO
Sealed?               YES   NO

Court date and Time: _____
Before Magistrate Judge: _____

PS 8
(Rev. 4.2020)

**FILED**
April 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VAR_____
DEPUTY

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

U.S.A. vs. Earl James Williams    Docket No. 1:24CR00209-[003]

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Edwin Kidd, pretrial services/probation officer, presenting an official report upon the conduct of defendant Earl James Williams, who was placed under pretrial release supervision by the Honorable Dustin M. Howell, U.S. Magistrate Judge, sitting in the court at Austin, Texas on the 07 date of October, 2024 under the following conditions:

> See Appearance Bond and Order Setting Conditions of Release dated October 7, 2024.
>
> Condition #7(m): Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C & 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On March 6, 2025, the defendant submitted a positive urine specimen for cannabinoids and cocaine for which the defendant denied use. On March 25, 2025, the defendant submitted a urine specimen for cannabinoids for which the defendant denied use. Both specimens were sent for confirmation and returned positive results.
>
> It should be noted that the specimen collected on March 6, 2025, was by Greenpath LLC, a local contractor with the U.S Probation Office in New Orleans and was confirmed positive by the drug lab in Albuquerque, New Mexico. The March 25, 2025, specimen was collected by the U.S Probation Office in New Orleans and was confirmed positive by Alere Toxicology Services, Inc.
>
> Assistant United States Attorney, Matt Devlin was advised of the violations and concurs with the recommendation of Pretrial Services.
>
> The defendant was sentenced on March 24, 2025 to 18 months BOP by the Honorable Robert Pitman, U.S. District Judge and is currently awaiting to voluntary self-surrender.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest so he may begin service of sentence.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 04/08/2025

PS 8  
(Rev. 12/04)

## ORDER OF COURT

Considered and ordered this  8th  day of  April , 2025  and ordered filed and made a part of the records in the above case.

_____  
U.S. District Judge/Magistrate Judge

*edwin kidd*  
_____  
U.S. Pretrial Services Officer   Phone Number   +1 (512) 969-1580

*Amanda R. Ceballos*  
_____  
Supervisory  
U.S. Pretrial Services Officer   Phone Number   +1 (210) 818-7861

Place   U.S Pretrial Services  
501 W 5th Street, Suite 3200  
Austin, Texas 78701

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Earl James Williams | ) | Case No. 1:24CR00209-[003] |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Earl James Williams ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Condition #7(M) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Date: 04/08/2025

*Issuing officer's signature*

City and state: Austin, Texas       U.S. Magistrate Judge Dustin Howell
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR.NO. 25-64 MAG |
| | ___ **ORDER** |
| VERSUS | _X_ Appointing Counsel |
| | ___ Substituting Counsel For: |
| EARL JAMES WILLIAMS | _____ |
| | ___ Ratifying Prior Service |
| | ___ Extending Appointment For Appeal |

CHARGE: VIOLATIONS OF PRETRIAL RELEASE
_X_ FELONY ___ MISDEMEANOR

_X_ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 500 CAMP ST, NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ _____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on APRIL 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| | |
|---|---|
| United States of America<br>v.<br>EARL JAMES WILLIAMS<br>*Defendant* | )<br>)<br>) Case No.  25-64 MAG<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____EARL JAMES WILLIAMS_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )    to appear for court proceedings;
    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ✓ ) (1)  This is a personal recognizance bond.

(  ) (2)  This is an unsecured bond of $ _____.

(  ) (3)  This is a secured bond of $ _____, secured by:

    (  ) (a)  $ _____, in cash deposited with the court.

    (  ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    _____.

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
        ❑ Personal Surety        ❑ Commercial Surety

_____
_____
_____.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

DEFENDANT: EARL JAMES WILLIAMS                           CASE NO.:25-64 MAG

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.


I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 4-14-25                                             _____
                                                          *Defendant's signature*

_____        _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*


*JUDICIAL OFFICER/CLERK OF COURT*

Date: _____                    _____
                                         *Signature of Judicial Officer/Clerk or Deputy Clerk*

Approved.

Date: 4/14/25                            _____
                                         *Magistrate Judge/Judge's signature*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>EARL JAMES WILLIAMS<br><br>_____<br>*Defendant* | )<br>)<br>)    Case No.   25-64 MAG<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____NEW ORLEANS, LOUISIANA_____
*Place*

on _____WHEN ORDERED_____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

___ Fee _____
_X_ Process _CC USM/USP_
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

AO 199B (Rev. 10/20) Additional Conditions of Release                                                                                           Page _2_ of _4_ Pages

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                        *Custodian*                                    *Date*

( ■ ) (7) The defendant must:
  ( ☐ ) (a) submit to supervision by and report for supervision to the _____,
            telephone number _____, no later than _____.
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☐ ) (d) surrender any passport to: _____
  ( ☐ ) (e) not obtain a passport or other international travel document.
  ( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: _____
  ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ☐ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☐ ) (k) not possess or attempt to possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance as instructed by the pretrial services office or supervising officer. Testing may be used random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
  ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii)  Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv)  GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t) _Abide by all current conditions of original bond from WDTX_

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Slidell, LA
_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 4/14/25

_____
Judicial Officer's Signature

Eva J. Dossier, U.S. Magistrate Judge
Printed name and title

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-64 |
|  | ) | |
| EARL JAMES WILLIAMS | ) | Charging District: Western District of Texas |
| _Defendant_ | ) | Charging District's Case No. |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: WESTERN DISTRICT OF TEXAS | Courtroom No.: |
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 04/14/2025

_Judge's signature_

U.S. Magistrate Judge Eva J. Dossier
_Printed name and title_